1
2
3
4
5
6
7
8
9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

10

| JUSTIN NATIONS, an individual, | CASE NO. 3:24-cv-00016-ART-CLB |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER GRANTING (ECF No. 17)** |
| KIKOFF LENDING, LLC, a Nevada limited liability company, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

11
12
13
14
15
16

Pursuant to Rule 41(a), Plaintiff Justin Nations and Defendant Kikoff Lending, LLC ("Kikoff") stipulate and agree that all claims against Kikoff in the above-captioned action shall be dismissed with prejudice.

Kikoff and Plaintiff further agree that each party shall bear his or its own costs and attorneys' fees.

Dated this 2nd day of February, 2024.

17
18
19
20
21
22
23

BALLARD SPAHR LLP

24
25

By: /s/ Madeleine Coles
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Madeleine Coles
    Nevada Bar No. 16216
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

By: /s/ Justin Nations
    Justin Nations
    65 Merrimon Ave. #110
    Asheville, North Carolina 28801

    *Plaintiff in Proper Person*

26
27
28

1
2  *Attorneys for Defendant Kikoff Lending, LLC*

3

4

5

6

7                                        IT IS SO ORDERED.

8

9                                        _____

10                                       ANNE R. TRAUM
                                         UNITED STATES DISTRICT JUDGE
11

12                                       Dated: February 5, 2024.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DMFIRM #411128230 v1